TURNQUIST, Respondent, vs. HAYES, Appellant.

*December 16, 1898 — January 10, 1899.*

*Anderson v. Hayes, ante,* p. 519, followed.

APPEAL from an order of the superior court of Douglas county: CHARLES SMITH, Judge. *Affirmed.*

For the appellant there was a brief by *Ross, Dwyer & Hanitch* and *George B. Hudnall,* and oral argument by *W. D. Dwyer.*

For the respondent there was a brief by *O'Brien & Vaughn,* attorneys, and *Jno. Jenswold, Jr.,* of counsel, and oral argument by *P. H. O'Brien.*

CASSODAY, C. J. This is an appeal from an order overruling a demurrer to the complaint for personal injury, alleging substantially the same facts as the complaint in the case of *Anderson v. Hayes, ante,* p. 519. For the reasons given in the opinion in that case, the order of the superior court of Douglas county must be affirmed.

*By the Court.*— Order affirmed.